UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARRIS T. WILLIAMS,

    Plaintiff,

v.                                                            CASE NO.: 8:13-cv-2013-T-23TBM

CAROYLN W. COLVIN,

    Defendant.
_____/

**ORDER**

On December 2, 2014, Magistrate Judge Thomas B. McCoun issued a report (Doc 16) that recommends both an affirmance of the Commissioner's decision and a final judgment in favor of the Commissioner. The plaintiff objects (Doc. 17) to the report and recommendation. A *de novo* determination of the portions of the report and recommendation to which the plaintiff objects reveals that the objections are either unfounded or unpersuasive. Accordingly, the plaintiff's objections (Doc. 17) are **OVERRULED**, and the report and recommendation (Doc. 16) is **ADOPTED**. Under 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The clerk is directed to enter judgment in favor of the Commissioner and against the plaintiff, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on January 6, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE